UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 0:18-CV-61721-BB

SCOTT ROSSO, individually and on behalf of
all others similarly situated,

       Plaintiff,

v.

CHEETAH MOBILE AMERICA, INC., a
California Liability Company,

       Defendants.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME OF TO FILE RESPONSE TO CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), defendant Cheetah Mobile America, Inc. ("Defendant") hereby moves for a 30-day extension of time to respond to the Class Action Complaint filed by plaintiff Scott Rosso ("Plaintiff") and states:

    1.    Plaintiff filed his Class Action Complaint against Defendant on July 25, 2018 (D.E. 1).

    2.    Defendant was purportedly served on July 30, 2018.

    3.    Pursuant to Federal Rule of Civil Procedure 12(a), Defendant's response to the Class Action Complaint is currently due on August 20, 2018.

    4.    Undersigned counsel was recently retained to represent Defendant in this matter. As such, and due to the press of other matters and previously scheduled travel, undersigned counsel seeks a 30-day extension – through and including **September 19, 2018** – in which to file and serve its response to the Class Action Complaint.

MIA 31376698v1

5. This request is made in good faith and not for the purpose of delay.

6. As required by Local Rule 7.1(a)(2), a proposed order is attached hereto.

**WHEREFORE**, Defendant respectfully requests that the Court extend its deadline to respond to the Class Action Complaint by thirty (30) days through and including **September 19, 2018**.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

In compliance with Local Rule 7.1(a)(3), undersigned counsel hereby certifies that he conferred on August 13, 2018 with counsel Plaintiff who represented that Plaintiff does not oppose the relief requested in this Motion.

Dated:  August 14, 2018                Respectfully submitted,

By: s/ Robert T. Wright, Jr.
Robert T. Wright, Jr. (Fla. Bar No. 185525)
Irene Oria (Fla. Bar No. 484570)
Cristina B. Rodriguez (Fla. Bar No. 639982)
**STROOCK & STROOCK & LAVAN LLP**
200 South Biscayne Blvd., Suite 3100
Miami, Florida  33131
Tel: (305) 358-9900/Fax: (305) 789-9302
rwright@stroock.com
ioria@stroock.com
cbrodriguez@stroock.com

*Counsel for Defendant Cheetah Mobile America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the foregoing is being served this day on all counsel of record identified on the Service List below in the matter specified, either via of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## **SERVICE LIST**

Andrew J. Shamis, Esq.
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 400
Miami, Florida 33132
305-479-2299
Email:  ashamis@shamisgentile.com
*Counsel for Plaintiff Scott Russo*

Scott Edelsberg, Esq.
EDELSBERG LAW, PA
19495 Biscayne Blvd., Suite 607
Aventura, FL 33180
305-975-3320
Email:  scott@edelsberglaw.com
*Counsel for Plaintiff Scott Russo*

                        By: s/ Robert T. Wright, Jr.
                        Robert T. Wright, Jr. (Fla. Bar No. 185525)
                        Irene Oria (Fla. Bar No. 484570)
                        Cristina B. Rodriguez (Fla. Bar No. 639982)
                        **STROOCK & STROOCK & LAVAN LLP**
                        200 South Biscayne Blvd., Suite 3100
                        Miami, Florida  33131
                        Tel: (305) 358-9900/Fax: (305) 789-9302
                        rwright@stroock.com
                        ioria@stroock.com
                        cbrodriguez@stroock.com

                        *Counsel for Defendant Cheetah Mobile America, Inc.*

MIA 31376698v1