UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 0:18-CV-61721-BB

SCOTT ROSSO, individually and on behalf of
all others similarly situated,

       Plaintiff,

v.

CHEETAH MOBILE AMERICA, INC., a
California Liability Company,

       Defendants.
_____/

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME OF TO FILE RESPONSE TO CLASS ACTION COMPLAINT**

**THIS CAUSE** is before the Court upon on Defendant's Unopposed Motion for Extension of Time to File Response to Class Action Complaint (the "Motion"). Being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant Cheetah Mobile America, Inc. shall have through and including **September 19, 2018** to file its response to the Class Action Complaint in this action.

**DONE AND ORDERED** this ___ day of _____, 2018.

                                                     _____
                                                     BETH BLOOM
                                                     DISTRICT COURT JUDGE

Copies furnished to:

All Counsel and/or Parties of Record

MIA 31376754v1