**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO 0:18-cv-61721-BB

| | |
|---|---|
| SCOTT ROSSO, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **JURY TRIAL DEMANDED** |
| v. | |
| CHEETAH MOBILE AMERICA, INC., A California Liability Company *Defendant*, | |

_____/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel hereby discloses the following:

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

   - Scott Rosso (Plaintiff)
   - Andrew J. Shamis, Esq. (Counsel for Plaintiff)
   - Scott Edelsberg, Esq. (Counsel for Plaintiff)
   - Cheetah Mobile America, Inc. (Defendant)
   - Strook & Strook & Lavan, LLP (Counsel for Defendant)

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None known.

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

- None known.

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Scott Rosso, Plaintiff
- Unnamed Class Members

Dated: August 27, 2018

        Respectfully submitted,

        **SHAMIS & GENTILE, P.A.**
        14 NE 1st Ave., Suite 400
        Miami, FL 33132
        Telephone (305) 479-2299
        Facsimile (786) 623-0915
        Email: efilings@shamisgentile.com
        By:   /S/Andrew J. Shamis____
        ANDERW J. SHAMIS, ESQ
        Florida Bar # 101754

        **EDELSBERG LAW, PA**
        Scott Edelsberg, Esq.
        Florida Bar No. 0100537
        scott@edelsberglaw.com
        19495 Biscayne Blvd #607
        Aventura, FL 33180
        Telephone: 305-975-3320

### CERTIFICATE OF SERVICE

     I hereby certify that on August 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

/S/Andrew J. Shamis____
ANDERW J. SHAMIS, ESQ
Florida Bar # 101754