UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.:  0:18-CV-61721-BB

SCOTT ROSSO, individually and on behalf of
all others similarly situated,

       Plaintiff,

v.

CHEETAH MOBILE AMERICA, INC., a
California Liability Company,

       Defendant.
_____/

**DEFENDANT CHEETAH MOBILE AMERICA, INC.'S**
**CERTIFICATE OF INTERESTED PARTIES**

Defendant, Cheetah Mobile America, Inc. ("Defendant"), by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order Requiring Certificates of Interested Parties (D.E. 11), states that the following is a complete list any and all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party in the case:

1. Scott Rosso – Plaintiff

2. Shamis & Gentile, P.A. – Counsel for Plaintiff

3. Andrew J. Shamis, Esq. – Counsel for Plaintiff

4. Edelsberg Law, PA – Counsel for Plaintiff

5. Scott Edelsberg, Esq. – Counsel for Plaintiff

6. Cheetah Mobile America, Inc. – Defendant

7. Stroock & Stroock & Lavan LLP – Counsel for Defendant

8. Robert T. Wright, Jr., Esq. – Counsel for Defendant

9. Irene Oria, Esq. – Counsel for Defendant

10. Cristina B. Rodriguez, Esq. – Counsel for Defendant

11. Cheetah Mobile Inc.

12. Cheetah Technology Co., Ltd., a/k/a Cheetah Technology Corporation Limited, a/k/a Cheetah Technology Corporation

13. Kingsoft Corporation Limited

14. Tencent Holdings Limited

15. Leopard Mobile Ltd.

16. Leopard Mobile Inc.

17. SMS Telecom (Consortium) LLC

Dated:  September 18, 2018

Respectfully submitted,

By: s/ Robert T. Wright, Jr.
Robert T. Wright, Jr. (Fla. Bar No. 185525)
Irene Oria (Fla. Bar No. 484570)
Cristina B. Rodriguez (Fla. Bar No. 639982)
**STROOCK & STROOCK & LAVAN LLP**
200 South Biscayne Blvd., Suite 3100
Miami, Florida  33131
Tel: (305) 358-9900/Fax: (305) 789-9302
rwright@stroock.com
ioria@stroock.com
cbrodriguez@stroock.com

*Counsel for Defendant Cheetah Mobile America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the foregoing is being served this day on all counsel of record identified on the Service List below in the matter specified, either via of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Andrew J. Shamis, Esq.
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 400
Miami, Florida 33132
305-479-2299
Email:  ashamis@shamisgentile.com
*Counsel for Plaintiff Scott Russo*

Scott Edelsberg, Esq.
EDELSBERG LAW, PA
19495 Biscayne Blvd., Suite 607
Aventura, FL 33180
305-975-3320
Email:  scott@edelsberglaw.com
*Counsel for Plaintiff Scott Russo*

By: s/ Robert T. Wright, Jr.
Robert T. Wright, Jr. (Fla. Bar No. 185525)
Irene Oria (Fla. Bar No. 484570)
Cristina B. Rodriguez (Fla. Bar No. 639982)
**STROOCK & STROOCK & LAVAN LLP**
200 South Biscayne Blvd., Suite 3100
Miami, Florida  33131
Tel: (305) 358-9900/Fax: (305) 789-9302
rwright@stroock.com
ioria@stroock.com
cbrodriguez@stroock.com

*Counsel for Defendant Cheetah Mobile America, Inc.*

3

MIA 31378831v1