UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 18-cv-61721-BLOOM/Valle

SCOTT ROSSO, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

CHEETAH MOBILE AMERICA, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal Without Prejudice, ECF No. [21] ("Notice"), filed on October 3, 2018. The Court has carefully reviewed the Notice and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [21],** is **APPROVED** and **ADOPTED**;
2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;
3. Each party shall bear its own attorneys' fees and costs;
4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;
5. The Clerk of Court is directed to **CLOSE** this case.

CASE No. 18-cv-61721-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of October, 2018.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record